AO 2451 (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
Sheet 1   Revised by WAED - 10/11

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**FEB - 6 2013**

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES OF AMERICA
v.
KASIE E. JEFFERS

Judgment in a Criminal Case
(For a Petty Offense)

Case No.   PO-13-4001-JPH-1

USM No.

Rebecca Pennell
_____
Defendant's Attorney

**THE DEFENDANT:**

☐ THE DEFENDANT pleaded   ☐ guilty  ☐ nolo contendere to count(s) _____

☒ THE DEFENDANT was found guilty on count(s)   1 of the Violation Notice

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 50 C.F.R. 27.82(b)(2) | Possession of a Controlled Substance (Marijuana) on a National Wildlife Refuge | 02/11/2012 | 1 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment.

☐ THE DEFENDANT was found not guilty on count(s) _____

☐ Count(s) _____   ☐ is    ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9329

Defendant's Year of Birth:   1991

City and State of Defendant's Residence:
Walla Walla, WA

02/06/2013
Date of Imposition of Judgment

*(signature)*
Signature of Judge

James P. Hutton   Magistrate Judge, U.S. District Court
Name and Title of Judge

2/6/2013
Date

AO 2451   (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
  Sheet 2 — Imprisonment

Judgment — Page 2 of 2

DEFENDANT: KASIE E. JEFFERS
CASE NUMBER: PO-13-4001-JPH-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Two (2) days.  Defendant is to be released at 11:00 a.m. on Friday, February 8, 2013.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL